SPEKTORSKY, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of PHILIP REITER, Respondent, against FIRST POTOK ZLOTY PEACE JUSTICE BROTHER BENEVOLENT SOCIETY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

AMITY PICTURES CORPORATION, LTD., Respondent, v. EDUCATIONAL FILM EXCHANGES, INC., and EDUCATIONAL PICTURES, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALICE HOFFMAN and UNITED STATES TRUST COMPANY OF NEW YORK, Respondents, v. ELSIE FRAAD, Defendant, Impleaded with EMIL FRAAD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JULIUS MINEZ, Respondent, v. CHARLES E. MERRILL and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of PATRICK J. O'CONNOR, Respondent, v. MURRAY HIRSCH, Appellant.— No evidence was adduced to establish the fact that defendant knowingly left the scene of the accident. To the contrary, the testimony of the defendant's witnesses proved conclusively that the taxicab driver was not aware of the fact that his taxicab came in contact with complainant's car. There is no violation of Vehicle and Traffic Law, section 70, subdivision 5-a, unless it is shown beyond a reasonable doubt that the defendant had knowledge that there was an accident. (*People* v. *Thomas*, 232 App. Div. 475; *People* v. *Shlansky*, 256 N. Y. 538; *People ex rel. Scott* v. *Goldman*, 236 App. Div. 788.) Judgment reversed, the information dismissed and the fine remitted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DETROIT FIDELITY AND SURETY COMPANY, Appellant, v. LLOYDS FIRST MORTGAGE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRANCESCO BERTOLLI, a Corporation, Respondent, v. G. BERTOLLI CORPORATION and LAWRENCE GERVASIO, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of RUTH WHITEHEAD WHALEY, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB SPIELBERG, Respondent, v. HARRY SCHWEID, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

12 EAST TWENTY-SECOND STREET CORPORATION, Respondent, v. CAMBRIDGE HANDKERCHIEF WORKS, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

12 EAST TWENTY-SECOND STREET CORPORATION, Respondent, v. CAMBRIDGE HANDKERCHIEF WORKS, INC., Appellant.— Order affirmed, with twenty dollars